UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Subpoena to HTC American, Inc., as issued in Innovation Sciences LLC v. HTC Corporation. | No. MC19-0075RSL<br><br>ORDER |

This matter comes before the Court on HTC America, Inc.'s motion to quash subpoenas related to litigation pending in the United States District Court for the Eastern District of Texas. The party seeking the discovery has opposed the motion. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 2nd day of July, 2019.

Robert S. Lasnik
United States District Judge